

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00678-CV

**IN RE DORSAL SERVICES, INC.** and Clinton Edward McNiel, Jr.

Original Proceeding[1]

PER CURIAM

Sitting:        Adrian A. Spears II, Justice
                     H. Todd McCray, Justice
                     Velia J. Meza, Justice

Delivered and Filed: November 5, 2025

PETITION FOR WRIT OF MANDAMUS DISMISSED. TEMPORARY STAY LIFTED. MOTION FOR TEMPORARY RELIEF DENIED AS MOOT.

Relators filed their petition for writ of mandamus and emergency motion for temporary relief on October 21, 2025. We issued an order granting a stay of the trial setting in the underlying matter and requesting briefing from the real party in interest and respondent on October 23, 2025. Relator has since filed a motion to dismiss asserting that the underlying dispute has been settled. We grant the motion to dismiss. The temporary stay is **LIFTED**. The motion for temporary relief is **DENIED AS MOOT**. The petition for writ of mandamus is **DISMISSED**.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 11,221, styled *Priscilla C. Cuellar v. Clinton Edward McNiel, Jr. and Dorsal Services, Inc.*, pending in the 49th Judicial District Court, Zapata County, Texas, the Honorable Jose A. Lopez presiding.